

## GUESS FARM EQUIPMENT COMPANY, INC.

Note: This online database was last updated on 7/14/2011 6:01:16 PM.
See our Disclaimer.

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Domestic |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | SC<br>Profit |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | J K HANE JR |
| **ADDRESS:** | 136 W BRIDGE ST ST MATTHEWS SC |
| **CITY:** | |
| **STATE:** | |
| **ZIP:** | |
| **SECOND ADDRESS:** | |
| **FILE DATE:** | 06/27/1975 |
| **EFFECTIVE DATE:** | 06/27/1975 |
| **DISSOLVED DATE:** | // |

## Corporation History Records

| CODE | FILE DATE | COMMENT | Document |
|---|---|---|---|
| Incorporation | 06/27/1975 | ART | Film |

Disclaimer: The South Carolina Secretary of State's Business Filings database is provided as a convenience to our customers to research information on business entities filed with our office. Updates are uploaded every 48 hours. Users are advised that the Secretary of State, the State of South Carolina or any agency, officer or employee of the State of South Carolina does not guarantee the accuracy, reliability or timeliness of such information, as it is the responsibility of the business entity to inform the Secretary of State of any updated information. While every effort is made to insure the reliability of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from this database does so at his own risk.

Physical Address: Edgar Brown Building - 1205 Pendleton Street Suite 525 Columbia, SC 29201
Mailing Address: SC Secretary of State's Office 1205 Pendleton Street Suite 525 Columbia, SC 29201



## GUESS IRRIGATION, LLC

Note: This online database was last updated on 7/14/2011 6:01:16 PM.
See our Disclaimer.

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Domestic |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | SOUTH CAROLINA Profit |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | DAVID G. HANE |
| **ADDRESS:** | 2627 COLONEL THOMSON HWY |
| **CITY:** | ST.MATTHEWS |
| **STATE:** | SC |
| **ZIP:** | 29135 |
| **SECOND ADDRESS:** | |
| **FILE DATE:** | 12/29/2008 |
| **EFFECTIVE DATE:** | 12/29/2008 |
| **DISSOLVED DATE:** | / / |

## Corporation History Records

| CODE | FILE DATE | COMMENT | Document |
|---|---|---|---|
| Domestic LLC | 12/29/2008 | TERM 12-31-2075 | |

Disclaimer: The South Carolina Secretary of State's Business Filings database is provided as a convenience to our customers to research information on business entities filed with our office. Updates are uploaded every 48 hours. Users are advised that the Secretary of State, the State of South Carolina or any agency, officer or employee of the State of South Carolina does not guarantee the accuracy, reliability or timeliness of such information, as it is the responsibility of the business entity to inform the Secretary of State of any updated information. While every effort is made to insure the reliability of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from this database does so at his own risk.

Physical Address: Edgar Brown Building - 1205 Pendleton Street Suite 525 Columbia, SC 29201
Mailing Address: SC Secretary of State's Office 1205 Pendleton Street Suite 525 Columbia, SC 29201