

## JUSTICE FAMILY FARMS, LLC

*Note: This online database was last updated on 7/13/2011 6:01:20 PM.*
*See our Disclaimer.*

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Foreign |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | WEST VIRGINIA<br>Profit |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | TOM FLOYD |
| **ADDRESS:** | 10988 HIGHWAY 301 |
| **CITY:** | GABLE |
| **STATE:** | SC |
| **ZIP:** | 29051 |
| **SECOND ADDRESS:** | |
| **FILE DATE:** | 02/09/2007 |
| **EFFECTIVE DATE:** | 02/09/2007 |
| **DISSOLVED DATE:** | / / |

## Corporation History Records

| CODE | FILE DATE | COMMENT | Document |
|---|---|---|---|
| Foreign LLC | 02/09/2007 | SCBOS Filing: AT WILL | |

Disclaimer: The South Carolina Secretary of State's Business Filings database is provided as a convenience to our customers to research information on business entities filed with our office. Updates are uploaded every 48 hours. Users are advised that the Secretary of State, the State of South Carolina or any agency, officer or employee of the State of South Carolina does not guarantee the accuracy, reliability or timeliness of such information, as it is the responsibility of the business entity to inform the Secretary of State of any updated information. While every effort is made to insure the reliability of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from this database does so at his own risk.

Physical Address: Edgar Brown Building - 1205 Pendleton Street Suite 525 Columbia, SC 29201
Mailing Address: SC Secretary of State's Office 1205 Pendleton Street Suite 525 Columbia, SC 29201