IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JUSTICE FAMILY FARMS LLC,

        Plaintiff,

v.                                    CIVIL ACTION NO.  5:11-cv-00426

GUESS IRRIGATION COMPANY LLC,

        Defendant.

## JUDGMENT ORDER

In accordance with the *Memorandum Opinion and Order* granting Defendant's Motion to Dismiss in the above-styled civil action, the Court **ORDERS** that this civil action be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                                  ENTER:       March 9, 2012

*[Signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA